CARLETON R. BURCH
Nevada Bar #10527
 crb@amclaw.com
SUE TRAZIG CAVACO
Nevada Bar #6150
 stc@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
601 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 479-1010
Facsimile: (702) 479-1025

Attorneys for Defendant, LOGIX FEDERAL
CREDIT UNION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR A. MURRIETA,<br><br>       Plaintiff,<br><br>      vs.<br><br>LOGIX FEDERAL CREDIT UNION;<br>NATIONSTAR MORTGAGE, LLC;<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>       Defendants. | Case No. 2:16-cv-02329-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST LOGIX FEDERAL CREDIT UNION, WITH PREJUDICE**<br><br>ECF No. 11 |

Defendant LOGIX FEDERAL CREDIT UNION, by and through its undersigned counsel, and Plaintiff VICTOR A. MURRIETA, by and through his undersigned counsel, hereby stipulate and agree that Plaintiff VICTOR A. MURRIETA's claims as and against Defendant, LOGIX FEDERAL CREDIT UNION, shall be dismissed in their entirety, with prejudice, each party to

/ / /

/ / /

/ / /

/ / /

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
601 S. SEVENTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 479-1010 • FAX (702) 479-1025

bear his/its respective costs and attorneys' fees.

DATED this 12th day of May, 2017.          DATED this 12th day of May, 2017.

ANDERSON, McPHARLIN & CONNERS LLP          HAINES & KRIEGER, LLC


By:  ___/s/ Sue Trazig Cavaco___          By:  ___/s/ David H. Krieger___
Carleton R. Burch, Esq.                    David H. Krieger, Esq.
Nevada Bar No. 10527                       Nevada Bar No. 9086
Sue Trazig Cavaco, Esq.                    8985 S. Eastern Avenue, Suite 350
Nevada Bar No. 6150                        Las Vegas, Nevada 89123
601 South Seventh Street                   *Attorneys for Plaintiff, Victor A. Murrieta*
Las Vegas, Nevada 89101
*Attorneys for Defendant, Logix Federal*
*Credit Union*

## Attestation of Concurrence

I, Sue Trazig Cavaco, as the ECF user and filer of this document, attest that concurrence in

the filing of this document has been obtained from David H. Krieger.

Dated: May 12, 2017                    */s/ Sue Trazig Cavaco*
                                        Sue Trazig Cavaco

## ORDER


Based on the parties' stipulation [ECF No. 11], which resolves all remaining claims in this action, and with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
May 12, 2017

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
601 S. SEVENTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 479-1010 • FAX (702) 479-1025